**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| COREY HUBBERT<br>*Plaintiff,*<br><br>v.<br><br>CREDIT SYSTEMS INTERNATIONAL, INC.<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:24-cv-3463 |

**DEFENDANT CREDIT SYSTEMS INTERNATIONAL, INC.**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Credit Systems International, Inc., files this Certificate of Interested Parties who may have a financial interest in the outcome of this case:

Corey Hubbert
4338 Medina River Loop
Spring, TX 77386
*Plaintiff*

Credit Systems International, Inc.
c/o Xerxes Martin
Jacob Bach
Martin Golden Lyons Watts Morgan PLLC
8750 N. Central Expressway, Suite 1850
Dallas, Texas 75231
(214) 346-2630
*Defendant and its attorneys*

The undersigned, counsel of record for Defendant Credit Systems International, Inc. hereby certifies pursuant to Rule 7.1(a) Fed. R. Civ. P. that Defendant Credit Systems International, Inc. is not a publicly traded company and no publicly owned entity owns 10% or more of Defendant Credit Systems International, Inc.

Dated: February 14, 2024.

Respectfully submitted,

**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
State Bar No. 24100919
Email: jbach@mgl.law
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been filed using the **CM/ECF** system and a copy of same was forwarded as follows on this 14th day of February 2025.

Corey Hubbert
4338 Medina River Loop
Spring, TX 77386

*<u>/s/ Xerxes Martin</u>*
Xerxes Martin